## Second Department, August, 1930.

Leo Reisman, Respondent, v. Vim Electric Co., Inc., Appellant.— Application dismissed, with ten dollars costs.

Augusta Kern, as General Guardian of Irving Kern, an Infant, Respondent, v. Samuel Kliegman, Appellant.— Application denied, with ten dollars costs.

307 Beach 81st Street Corporation, Landlord, Respondent, v. Sam Abbatecola, Tenant, Appellant.— Application denied, without costs.

David Shulman, Doing Business as National Furniture Company, Appellant, v. Arthur Backlund, Respondent.— Application dismissed, with ten dollars costs.

## Second Department, September, 1930.

In the Matter of the Application of Smithtown Horse Show Association, Acting Through and by Lawrence Smith Butler, Its President, and of Smithtown Country Outing and Beach Club, Inc., Known as the Smithtown Club, for a Mandamus Order against Association of American Horse Shows, Inc.— Motion for stay denied. We are not convinced on this application that the unincorporated association is not entitled to the dates originally assigned so as to warrant the granting of the stay sought, which would determine the appeal without argument thereon. The unincorporated association is entitled to the beneficial provisions of the order. The time of the appellant to make return as required by the mandamus order is extended to September 18, 1930, at three P. M. Present — Lazansky, P. J., Young, Kapper and Carswell, JJ. Settle order on notice.

William Harman and Another, Respondents, v. Porton Construction Company, Inc., Appellant, and Meister Homeland Corporation, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

Harry S. Arnold, Appellant, v. M. J. Daley Co., Inc., Respondent.— Order and order on reargument reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for a commission for the examination without the State of the defendant, by Michael J. Daley, its president, and of Michael J. Daley as a witness for the plaintiff, granted, without costs. The denial of the relief sought was an erroneous exercise of discretion amounting to an abuse thereof. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

Armin Bencoe, Respondent, v. Robert E. McDonnell and Others, Copartners Doing Business as McDonnell & Company, Appellants.— Order, in so far as it denies defendants' motion that the order denying their motion to confirm report of referee, proposed by them, be substituted for the order entered on April 23, 1930, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.